IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SIEMENS AG,** *et al* | : | NO. 09-4414 |

## ORDER

**AND NOW**, this 23rd day of April, 2010, upon consideration of Relator's Motion for Leave to File Amended Complaint (Document No. 46), the defendants' responses, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.