IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al* | : | CIVIL ACTION |
| v. | : | |
| SIEMENS AG, *et al* | : | NO. 09-4414 |

## ORDER

**AND NOW**, this 23rd day of April, 2010, upon consideration of the Motion to Dismiss Plaintiff's Second Amended Complaint (Document No. 30), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The causes of action asserted under the reverse false claims provision of the False Claims Act, 31 U.S.C. § 3729(a)(7), and under the conspiracy provision, §3729(a)(3), are **DISMISSED**.

2. The plaintiff's second amended complaint is **DISMISSED** as to the defendant Siemens Corporation.

3. In all other respects, the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.