# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, *et al* | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SIEMENS AG, *et al* | : | NO. 09-4414 |

## ORDER

**AND NOW**, this 23rd day of April, 2010, upon consideration of Siemens AG's Motion to Dismiss the Second Amended Complaint (Document No. 33), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's second amended complaint is **DISMISSED** as to the defendant Siemens AG.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.