IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | CIVIL ACTION |
| WILLIAM A. THOMAS | : | |
| v. | : | |
| | : | |
| SIEMENS AG, *et al.* | : | NO. 09-4414 |

## ORDER

**AND NOW**, this 13th day of January, 2014, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 98), the relator's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Siemens Medical Solutions U.S.A., Inc. and against the plaintiff.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.